# Court of Appeals
# of the State of Georgia

ATLANTA, December 16, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0430. DEREK GABRIEL, SR. et al. v. SENTINEL LAKE HOMEOWNERS ASSOCIATION, INC. et al.**

The above-styled appeal was docketed on October 12, 2021. The appellants failed to file of an enumeration of errors and brief within 20 days after the appeal was docketed. See Court of Appeals Rules 13 and 23 (a).

On November 2, 2021, this Court ordered the appellants to file an enumeration of errors and a brief no later than November 12, 2021. We advised that failure to comply would result in the dismissal of the appeal. The appellants failed to comply with that order, and on November 16, 2021, we dismissed the appeal as abandoned. See Court of Appeals Rules 7 and 23 (a).

On November 22, 2021, the appellants moved for reconsideration of the dismissal. We granted that motion on November 30, 2021, and ordered the appellants to file a brief by December 10, 2021.

As of the date of this order, the appellants' enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. See Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,__12/16/2021_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____*Stephen E. Castlen*_____ , *Clerk.*